KYLE STEWART, Respondent, *v.* HALL COLD STORAGE CO., INC., Appellant.

(Argued December 5, 1933; decided January 9, 1934.)

*C. Willard Rice* for appellant.

*M. Maurice Chacchia* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.